## Gonce *v.* García.

Casación procedente de la Corte de Distrito de Mayagüez.

No. 39.—Resuelto en Febrero 17, 1903.

RECURSOS.—REQUISITOS ESENCIALES.—En un recurso de casación por infracción de ley, no sólo han de citarse los artículos que se suponen infringidos, sino también el artículo y número de la Ley de Enjuiciamiento Civil en que dicho recurso se funda.

### EXPOSICIÓN DEL CASO.

*Resultando:* que el auto declaratorio de 30 de Abril y 9 de Mayo de 1902, contra el cual se ha interpuesto el recurso, es en la parte dispositiva el siguiente: "Fallamos: que debemos declarar y declaramos herederos abintestato del finado Don José García Gonce, á sus sobrinos, Joaquín Ramón, Francisco, José Acisclo y Pedro José García y Tirado; José Mateo J. y Doña Juana Francisca García de Quevedo y García, y Doña Úrsula García Acevedo, así como Don José Heriberto A. García de Quevedo y García (en la proporción que les corresponde por derecho de representación como hijos de los hermanos del finado); declarándose á la viuda, Doña Clara Sierra, con derecho á la mitad de la herencia en usufructo. Y se desestiman las pretensiones de los demás aspirantes á la herencia, que pueden ejercitar sus derechos en la vía y forma correspondientes." Aclarándose, á petición de parte, en el sentido de que la declaración de here-

## GONCE *v.* GARCÍA.

APPEAL in cassation from the District Court of Mayagüez.

No. 39.—Decided February 13, 1903.

deros del finado se entienda á favor de los sobrinos aquí mencionados, por partes iguales, por concurrir sólos, y no con sus tíos, en cuyo último caso era que procedía la representación.

*Resultando:* que el Fiscal impugnó por escrito el recurso.

*Resultando:* que el acto de la vista en esta Corte Suprema tuvo lugar sin la asistencia de las partes, ni de los abogados, representantes de las mismas.

Abogados del recurrente: *Sres. Palmer* y *Rodríguez Cebollero.*

Abogado del recurrido: *Sr. López Landrón.*

EL JUEZ ASOCIADO SR. MACLEARY, después de exponer los hechos anteriores, emitió la siguiente opinión del Tribunal.

*Considerando:* que en este recurso de casación, por infracción de ley, no sólo han de citarse los artículos que se suponen infringidos, sino también el artículo y número de la Ley de Procedimiento, en que dicho recurso se funda, y que, como se falta á este requisito, el recurso carece de las condiciones indispensables para que pueda ser discutido y resuelto, según el artículo 1,690 de la Ley de Enjuiciamiento Civil, aplicable á este pleito, y la Jurisprudencia establecida.

*Fallamos:* que debemos declarar y declaramos no haber lugar á resolver el recurso de casación por infracción de ley, interpuesto en los autos sobre intestado de Don José García Gonce, por Don Pedro Regalado Gonce, á quien condenamos en las costas; y con devolución de los autos que se han remitido, líbrese á la Corte de Distrito de Mayagüez, la certificación correspondiente, para su cumplimiento.

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados Hernández, Figueras y Sulzbacher.